

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00117-CR

JERRY DON WHATLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 294th District Court
Van Zandt County, Texas
Trial Court No. CR05-00442

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Richard A. Schmidt, Assistant Criminal District Attorney for Van Zandt County, has filed a motion to extend time to file the State's brief in this matter. The brief was due March 22, 2013.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time, stating only that he was assigned to complete the appellate brief in this case in addition to his normal prosecutorial duties and that he has "been unable to complete the . . . brief in the time allotted." This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide the Court with specific information to justify a requested extension of time, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time filed with this Court must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion for an extension, for a period of thirty days, making appellant's brief now due on or before April 22, 2013. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date:   April 2, 2013